**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                              TELEPHONE (334) 954-3600

December 30, 2019

# CLERK'S NOTICE OF VOLUNTARY DISMISSAL

Re:   Weldon v. Ladiga, LLC

   Civil Action No. 3:19-cv-00388-WC

Pursuant to the # 21 Joint Stipulation for Dismissal filed by all parties on 12/30/2019, this case is dismissed with prejudice without an order of the court.